1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                              EASTERN DISTRICT OF CALIFORNIA

9    RENE LOPEZ-GALVAN,                          1:12-cv-358-MJS (PC)

10                    Plaintiff,                 ORDER TO SUBMIT APPLICATION
                                                 TO PROCEED IN FORMA PAUPERIS
11   v.                                          OR PAY FILING FEE WITHIN 45 DAYS

12   R.RUBIO, et al,

13                    Defendants.
     _____/
14

15          Plaintiff Rene Lopez-Galvan ("Plaintiff") is a federal prisoner proceeding pro se in a civil

16   rights action pursuant to Bivens v. Six Unknown Agents, 403 U.S. 388 (1971).   Plaintiff has

17   not paid the $350.00 filing fee, or submitted a correct application to proceed in forma pauperis

18   pursuant to 28 U.S.C. § 1915.

19          Accordingly, IT IS HEREBY ORDERED that:

20          1.  The Clerk's Office shall send to Plaintiff the form for application to proceed in forma

21   pauperis.

22          2.  Within forty-five (45) days of the date of service of this Order, Plaintiff shall submit

23   the attached application to proceed in forma pauperis, completed and signed, or in the

24   alternative, pay the $350.00 filing fee for this action.  **Failure to comply with this Order will**

25   **result in dismissal of this action.**

26   IT IS SO ORDERED.

27   Dated:    March 13, 2012            /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE
28